IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


Frank M. Thome,

        Plaintiff,


        vs.                    Case No. 10-1170-JTM


Palisades Collections, LLC, WAMU Chase
Card Services,

        Defendants.



MEMORANDUM AND ORDER


     This matter is before the court on two unopposed motions by the plaintiff Frank Thome

seeking dismissal of both defendant WAMU Chase with prejudice (Dkt. 9), based upon discovery

showing that the defendant was not involved in the events cited in the Complaint, and defendant

Palisades Collections (Dkt. 10), based upon the existence of an "amicable agreement" between

himself and Palisades. For good cause shown, and as an unopposed matter under D.Kan.R. 7.4, the

plaintiff's motions are hereby granted.

     IT IS SO ORDERED this 6th day of January, 2011.



                            s/ J. Thomas Marten        
                          J. THOMAS MARTEN, JUDGE